UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LINDA AND MAURO COLONNA, | : | |
| Plaintiffs | : | CIVIL ACTION NO. 3:13-802 |
| v. | : | (JUDGE MANNION) |
| ALLSTATE FIRE AND CASUALTY INSURANCE COMPANY., | : | |
| Defendant | : | |
| | : | |

## ORDER

For the reasons stated in the court's memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**1.** The defendant's motion to dismiss, (Doc. No. 5), is **GRANTED** with prejudice;

**2.** The clerk is ordered to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: December 3, 2013**
O:\Mannion\shared\MEMORANDA - DJ\2013 MEMORANDA\13-0802-01-ORDER.wpd